**Order entered October 8, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01375-CR
No. 05-18-01376-CR

**CLEVELAND ELIJAH POWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-24262-U & F16-54139-U**

## ORDER

We **REINSTATE** these appeals.

By order dated July 22, 2019, we abated for a hearing to determine why appellant's brief has not been filed. On September 27, 2019, a supplemental reporter's record was filed of the trial court's September 13, 2019 hearing. Although appellant was not present at the hearing, appellate counsel Daniel Oliphant and a representative of the State were present. According to Mr. Oliphant, he was retained by appellant to represent him but appellant has failed to fulfill his terms of the contract. Mr. Oliphant stated he had notified both appellant and his family by letter but had not received any response to his letters. He then asked the trial court to allow him to withdraw. The trial court granted the request to withdraw.

In light of the trial court's ruling, we **DIRECT** the Clerk of the Court to remove Daniel Oliphant as counsel for appellant in these appeals.

We **ORDER** the trial court to conduct a hearing to determine whether appellant is entitled to court-appointed counsel in these appeals. If the trial court finds that appellant is entitled to court-appointed counsel, we **ORDER** the trial court to appoint an attorney to represent appellant in the appeals. If the trial court finds that appellant is not entitled to court-appointed counsel, the trial court shall determine whether appellant will retain counsel to represent him in the appeals and, if so, the name, State Bar number, and contact information for retained counsel.

We **ORDER** the trial court to transmit a record of the hearing, including findings of fact, any orders, and any supporting documentation, to this Court within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; to John Daniel Oliphant; to Cleveland Elijah Powell, TDCJ#02225391, Boyd Unit, 200 Spur 113, Teague, TX 75860-2007; and to the Dallas County District Attorney's Office.

These appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated twenty days from the date of this order or when the findings are received, whichever is earlier.

/s/    CORY L. CARLYLE
JUSTICE